UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONGXIANG XU, an individual; and MEBO INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>SHINYA YAMANAKA; an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 13-CV-3240 YGR<br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER REGARDING CONTINUANCE OF HEARING ON MOTION TO STRIKE OR IN THE ALTERNATIVE MOTION TO DISMISS**<br><br>Notice of Removal Filed: July 12, 2013 |

Pursuant to the stipulation of the parties and for good cause having been shown, **IT IS HEREBY ORDERED** that the hearing date for Defendant's Motion to Strike or in the alternative Motion to Dismiss is hereby reset to September 10, 2013.

Dated: __August 2__, 2013

_____
HON. YVONNE GONZALEZ ROGERS

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783