UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONGXIANG XU AND MEBO INTERNATIONAL, INC.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**SHINYA YAMANAKA,**<br><br>    **Defendant.** | Case No.: **13-CV-3240 YGR**<br><br>**JUDGMENT** |

The issues in this action having been duly considered, and the Court having granted the Special Motion To Strike of Defendant Shinya Yamanaka, it is **ORDERED, ADJUDGED AND DECREED** that the First Amended Complaint is **DISMISSED WITH PREJUDICE**.

Judgment is entered in favor of Defendant Shinya Yamanaka and against Plaintiffs Rongxiang Xu and MEBO International, Inc. Plaintiffs shall take nothing by their First Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**