UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONGXIANG XU AND MEBO INTERNATIONAL, INC.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**SHINYA YAMANAKA,**<br><br>    **Defendant.** | Case No.: 13-CV-3240 YGR<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |

Defendant Shinya Yamanaka ("Yamanaka") has filed a motion for attorneys' fees. (Dkt. No. 32.)  The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for April 8, 2014, is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: April 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**