UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONGXIANG XU AND MEBO INTERNATIONAL, INC.,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**SHINYA YAMANAKA,**<br><br>    **Defendant.** | Case No.: **13-CV-3240 YGR**<br><br>**AMENDED JUDGMENT** |

The issues in this action having been duly considered, and the Court having granted the Special Motion To Strike of Defendant Shinya Yamanaka, it is **ORDERED, ADJUDGED AND DECREED** that the First Amended Complaint is **DISMISSED WITH PREJUDICE**.

Judgment is entered in favor of Defendant Shinya Yamanaka and against Plaintiffs Rongxiang Xu and MEBO International, Inc. Plaintiffs shall take nothing by their First Amended Complaint.

Plaintiffs Rongxiang Xu and MEBO International, Inc. shall pay to Defendant Shinya Yamanaka reasonable attorneys' fees in the amount of **$86,687.16.**

**IT IS SO ORDERED.**

Dated: August 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**