CHRISTOPHER J. COX (Bar No. 151650)
Email: chris.cox@weil.com
BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
DR. SHINYA YAMANAKA

ERIC M. SCHIFFER (Bar No. 179695)
Email: eschiffer@lexopusfirm.com
WILLIAM L. BUUS (Bar No. 180059)
Email: wbuus@lexopusfirm.com
LEX OPUS APC
3070 Bristol Street, Suite 530
Costa Mesa, CA 92626
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiff
MEBO INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONGXIANG XU, an individual, and MEBO INTERNATIONAL, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHINYA YAMANAKA, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 13-cv-3240 YGR<br>ORDER GRANTING<br>~~NOTICE OF SETTLEMENT AND~~ REQUEST FOR RELEASE OF ESCROW<br><br>Courtroom 1, 4th Floor<br>Hon. Yvonne Gonzalez Rogers |

Plaintiff Mebo International, Inc. ("Plaintiff"), and Defendant Dr. Shinya Yamanaka ("Dr. Yamanaka"), through their respective counsel of record, wish to advise the Court that the parties have resolved the outstanding attorneys' fee issue, and reached an agreement on all essential terms.

~~NOTICE OF SETTLEMENT AND REQUEST FOR~~ RELEASE OF ESCROW FOR ATTORNEYS' FEES

Case No. 13-cv-3240 YGR

The parties stipulate to the release of the $130,030.74 held in the Court's escrow account [Dkt. Nos. 53-54], plus all accrued interest, to Weil, Gotshal & Manges LLP on behalf of Dr. Yamanaka. Following payment by Plaintiff to Dr. Yamanaka of the agreed upon settlement amount, Dr. Yamanaka shall file a satisfaction of judgment with the Court.

Dated:  June 7, 2016                                WEIL, GOTSHAL & MANGES LLP

By:  _____/s/ Christopher J. Cox_____
CHRISTOPHER J. COX
Attorneys for Defendant
DR. SHINYA YAMANAKA

Dated:  June 7, 2016                                LEX OPUS APC

By:  _____/s/ Eric M. Schiffer_____
ERIC M. SCHIFFER
Attorneys for Plaintiff
MEBO INTERNATIONAL, INC.

### [~~PROPOSED~~] ORDER

Based on the joint stipulation of the Parties, and good cause appearing, IT IS ORDERED that the $130,030.74, plus all accrued interest, held in the Court's escrow account be released to Weil, Gotshal & Manges LLP on behalf of Dr. Yamanaka.

**IT IS SO ORDERED.**

Dated:   June 8, 2016

_/s/ Yvonne Gonzalez Rogers_
Honorable Yvonne Gonzalez Rogers
United States District Court Judge